UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Pavlou** <br><br> Plaintiff, <br><br> *- against -* <br><br> **Lowes Home Improvement, et al.,** <br><br> Defendant, | **ORDER** <br><br> 7:20-cv-04630-PED |

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.  ***The conference scheduled for July 8, 2021 is cancelled.**

Dated: July 7, 2021
White Plains, New York

SO ORDERED:

_____
PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Jul 7, 2021**